UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>NINETY-TWO THOUSAND TWO<br>HUNDRED DOLLARS ($92,200)<br>IN UNITED STATES CURRENCY<br><br>                Defendant-in-rem. | Civ. No. 1:11-cv-00334-NT |

## DECREE OF FORFEITURE

WHEREAS, on August 31, 2011, a Verified Complaint for Forfeiture against the defendant-in-rem was filed on behalf of the plaintiff, United States of America;

WHEREAS, between September 15, 2011 and October 14, 2011, notice of this forfeiture action was published on the official government website www.forfeiture.gov;

WHEREAS, on September 21, 2011, Jason Zack was served with the Verified Complaint for Forfeiture, the Summons and Warrant of Arrest and Notice of the forfeiture;

WHEREAS, on September 29, 2011, the defendant-in-rem was served with the Verified Complaint for Forfeiture, the Summons and Warrant of Arrest and Notice of the forfeiture;

WHEREAS, on October 19, 2011, Jason Zack filed a claim;

WHEREAS, on November 8, 2011, Jason Zack filed an answer;

WHEREAS, on April 9, 2012, a Settlement Stipulation was filed between the United States and Jason Zack resolving Jason Zack's claim;

WHEREAS, it appearing that process was fully issued in this action and returned according to law; and

WHEREAS, it appearing from the record no other claims, contested or otherwise, have been filed against the defendant-in-rem;

**NOW THEREFORE**, on plaintiff, United States of America's Motion for Decree of Forfeiture, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that the United States Treasury Department, or its delegate, is ordered to seize the defendant-in-rem and dispose of it according to law and this Decree of Forfeiture;

**IT IS FURTHER ORDERED** Eighty Thousand Two Hundred Dollars ($80,200) in United States Currency is **FORFEITED** to the United States and no right, title or interest shall exist in any other person or entity; and

**IT IS FURTHER ORDERED** that Twelve Thousand Dollars ($12,000) shall be returned to Jason Zack pursuant to the terms of the Settlement Stipulation.

**SO ORDERED,**

DATED: April 26, 2012   /s/ Nancy Torresen
Judge Nancy Torresen
United States District Court